# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN LAWRENCE MURPHY, <br> STEPHANIE BROCK MURPHY, <br><br> Defendants. | Case No.  2:22-CR-0084-TOR-1, 2 <br><br> CRIMINAL MINUTES <br><br> DATE: 4/26/2023 <br><br> LOCATION:  Spokane 902 <br><br> SENTENCING HEARING |

### JUDGE THOMAS O. RICE

| Bridgette Fortenberry | 01 | N/A | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Tyler Tornebene <br><br> **Plaintiff's Counsel** | | Robert Seines *for Stephen Murphy* <br> Colin Prince *for Stephanie Murphy* <br><br> **Defendant's Counsel** | |

[ X ] Open Court            [ X ] US Probation Officer: J. Frieling

Defendants present out of custody and assisted by counsel.

Mr. Tornebene addressed the Court and made a sentencing recommendation on behalf of the government.

The Court confirmed counsels' review of the PSIR with Defendants and there are no outstanding objections.

The Court adopted the final PSIR without change and calculated the advisory sentencing guidelines for Stephanie Murphy.

USPO Jon Bot sworn to testify.
Direct examination by Mr. Prince.
No cross examination.
Witness steps down and is excused.

Mr. Prince addressed the Court and made a sentencing recommendation on Defendant Stephanie Murphy's behalf.

The Court adopted the final PSIR without change and calculated the advisory sentencing guidelines for Stephen Murphy.

Jerry Jarrell addressed the Court on Defendants' behalf.
Doug Allan addressed the Court on Defendants' behalf.

Page 2　　　*USA v. Stephen/Stephanie Murphy*　　2:22-CR-0084-TOR-1,2　　　Sentencing Hearing

Mr. Seines addressed the Court and made a sentencing recommendation on Defendant Stephen Murphy's behalf.

Defendants addressed the Court on their own behalf.

The Court imposed sentence as follows as to **Stephanie Murphy**:

　**Probation:** 5 years
　**Fine**:　Waived due to inability to pay
　**Special Penalty Assessment**:　$100.00
　**Restitution**: $62,499 w/ interest waived, joint and several with Stephen Murphy

Appeal rights waived in plea agreement.

The Court imposed sentence as follows as to **Stephen Murphy**:

　**Probation:** 5 years
　**Fine**:　Waived due to inability to pay
　**Special Penalty Assessment**:　$100.00
　**Restitution**: $62,499 w/ interest waived, joint and several with Stephanie Murphy

Upon the government's motion, the Court dismissed the remaining counts as to both Defendants.

The Court granted the government's 5K1.1 motion.

Appeal rights waived in plea agreement.

| CONVENED: 9:00 AM | ADJOURNED: 9:43 AM | TIME: 43 MINS | [X] JUDGMENT TO FOLLOW |
|---|---|---|---|